IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>COSMED GROUP, INC.<br><br>Defendant. | C.A. NO. 1:24-CV-00080-WES-PAS |

NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY
FOR COSMED GROUP, INC. AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE THAT** Cosmed Group Inc. ("Cosmed Group") filed a voluntary petition for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") on November 14, 2024 (the "Chapter 11 Petition Date"). The bankruptcy case of Cosmed Group is being jointly administered with the bankruptcy case of Spicey Partners Real Estate Holdings, LLC under the case caption *In re Spicey Partners Real Estate Holdings, LLC,* et al., Case No. 24-90572 pending before the Honorable Christopher M. Lopez, United States Bankruptcy Judge. A copy of the voluntary petition of Cosmed Group is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, Cosmed Group's filing of its voluntary chapter 11 petition gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against Cosmed Group (i) that was or could have been commenced before the Chapter 11 Petition Date or (ii) to recover a claim against Cosmed

Group that arose before the Chapter 11 Petition Date; (b) the enforcement, against any Cosmed Group or against any property of Cosmed Group's bankruptcy estate, of a judgment obtained prior to Chapter 11 Petition Date; and (c) any act to obtain possession of property of or from Cosmed Group's bankruptcy estate, or to exercise control over property of Cosmed Group's bankruptcy estate.[1] No order has been entered by the Bankruptcy Court granting relief from the automatic stay with respect to the above-referenced bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed with the Bankruptcy Court in the chapter 11 cases may be obtained by visiting (i) the Bankruptcy Court's website at http://www.ded.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein or (ii) Cosmed Group's claims and noticing agent's website at https://cases.ra.kroll.com/cosmed/.

[*Remainder of page intentionally left blank*]

---

[1] Nothing herein shall constitute a waiver of the Cosmed Group's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. Cosmed Group expressly reserves all rights to contest any claims that may be asserted against it.

        COSMED GROUP, INC.

        By its Attorneys:


        /s/ Scott F. Bielecki, Esq.
        Scott F. Bielecki, Esq. (#6171)
        Cynthia R. Vandermolen, Esq. (#10746)
        Cameron & Mittleman LLP
        301 Promenade Street
        Providence, Rhode Island 02908
        Tel. No.: (401) 331-5700
        Fax No.: (401) 331-5787
        E-mail: sbielecki@cm-law.com
                cvandermolen@cm-law.com

Date: November 15, 2024


### CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of November, 2024, I filed and served this document through the Court's CM/ECF system on the following party. The document electronically filed and served is available for viewing and/or downloading from the United States District Court for the District of Rhode Island CM/ECF System.

    Michael J. Marcello, Esq.
    Lewis Brisbois Bisgaard & Smith LLP
    One Citizens Plaza, Suite 1120
    Providence, RI 02903
    E-mail: michael.marcello@lewisbrisbois.com

        /s/ Scott F. Bielecki, Esq.
        Scott F. Bielecki, Esq.


P:\DOCS\COSMD\49031\PLEADINGS\2IB9463.DOCX